UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES DARRYL BROOKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOMBARDIER RECREATIONAL<br>PRODUCTS, INC., *et al.,*<br><br>　　　　Defendants. | 2:12-CV-00843-PMP-PAL<br><br>**ORDER** |

**IT IS ORDERED that** Defendants' fully briefed Motion to Dismiss Plaintiff's Complaint (Doc. #9) is **DENIED**.

DATED: July 3, 2012.

_____
PHILIP M. PRO
United States District Judge