UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES DARRYL BROOKS, | 2:12-CV-00843-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| BOMBARDIER RECREATIONAL PRODUCTS, INC., *et al.,* | |
| Defendants. | |

**IT IS ORDERED that** Defendants' fully briefed Motion to Dismiss Plaintiff's Complaint (Doc. #9) is **DENIED**.

DATED: July 3, 2012.

PHILIP M. PRO
United States District Judge